[No. 44821-8-I. Division One. June 19, 2000.]

ZURICH INSURANCE COMPANY, *Appellant*, v. CONTINENTAL INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-11551-1, Robert H. Alsdorf, J., entered May 20, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.

[No. 18688-1-III. Division Three. June 20, 2000.]

DUNCAN CRANE SERVICE, INC., *Respondent*, v. DON POTTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-2-00090-6, John E. Bridges, J., entered August 3, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 18101-4-III. Division Three. June 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT FREDRICK WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00210-0, Kenneth L. Jorgensen, J., entered October 2, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.